## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**DANJUAN MCCLINTON**  **CIVIL ACTION NO. 3:24-00464**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**NOLEN BASS**  **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, noting no objections thereto having been filed in the record;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Danjuan McClinton's COMPLAINT [Doc. 1], is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 21st day of August, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE